[No. 17379-8-III.    Division Three.    June 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS S. ROY, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 97-1-00075-2, John M. Lyden, J., entered March 12, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17440-9-III.    Division Three.    June 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GARY GLASPEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02393-0, Robert D. Austin, J., entered March 23, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 22205-1-II.    Division Two.    June 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAYMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00300-0, Toni A. Sheldon, J., entered July 24, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 22410-1-II.    Division Two.    June 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY DAWN MORTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-8-00642-8, Roger A. Bennett, J., entered September 17, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J.